IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00882-BNB

CESAR ESCOBAR,

    Plaintiff,

v.

THE GALLEGOS CORPORATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00882-BNB

Cesar Escobar
1127 W. 14th Ave.
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/26/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk