
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 5 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00882-DME-MJW

CESAR ESCOBAR,

    Plaintiff,

v.

THE GALLEGOS CORPORATION,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: May 4, 2010

                                            BY THE COURT:

                                            s/ David M. Ebel

                                            UNITED STATES CIRCUIT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00882-DME-MJW

Cesar Escobar
1127 W. 14th Ave
Denver, CO 80204

US Marshal Service
Service Clerk
Service forms for: The Gallegos Corporation

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on The Gallegos Corporation: TITLE VII COMPLAINT FILED 04/21/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/5/10.

                                                            GREGORY C. LANGHAM, CLERK

                                                            By: _____
                                                                            Deputy Clerk