IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-00882-CBS-MJW

CESAR ESCOBAR,
    Plaintiff,
v.

THE GALLEGOS CORPORATION,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.     Consent to Proceed by Magistrate Judge

On August 25, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 22). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 10-cv-00882-CBS-MJW**.

1

II.     Order of Reference

The Order of Reference dated May 4, 2010 (doc. # 6) is hereby VACATED.  This matter is now referred to United States Magistrate Judge Michael J. Watanabe *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A Status Conference is set on October 25, 2010 at 9:30 a.m. before Magistrate Judge Watanabe to discuss the setting of a settlement conference.

III.    Order

A.      The deadlines, discovery limitations, and settings set forth in the Amended Courtroom Minutes/Minute Order dated August 20, 2010 (doc. # 20) remain unchanged. The proposed final Scheduling Order shall be filed and then sent as a Word or Wordperfect attachment to Shaffer_Chambers@cod.uscourts.gov on or before September 7, 2010.

B.      The Final Pretrial Conference set on May 17, 2011 at 9:00 a.m. will take place before Magistrate Judge Shaffer in Courtroom A-402, 4th Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth St., Denver, Colorado.  The proposed Final Pretrial Order shall be filed and then sent as a Word or Wordperfect attachment to Shaffer_Chambers@cod.uscourts.gov on or before May 12, 2011.

D.      **A Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Monday October 25, 2010 at 10:30 a.m.** for the purposes of reviewing the Scheduling Order and setting a Trial Preparation Conference

and trial date.

DATED at Denver, Colorado, this 30th day of August, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge