**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-00882-CBS-MJW** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 14, 2011** | **Courtroom Deputy:**   Linda Kahoe |

CESAR ESCOBAR,

          Gretchen Elizabeth Lipman
          Ian Richard Walsworth
          Robert E. Ward, II
          Sean Robert Gallagher

    Plaintiff,

    v.

THE GALLEGOS CORPORATION,         Jersey M. Green

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       10:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Unopposed Motion to Amend Scheduling Order, doc #[53], filed 12/30/2010.

**ORDERED:** Plaintiff may file an Unopposed Motion for Leave to Amend Complaint, adding a request for attorneys fees and costs, by **5:00 p.m. on Tuesday, JANUARY 18, 2011**.  Defendant may file an Amended Answer by **5:00 p.m. on Friday, JANUARY 21, 2011.**

**ORDERED:** The Unopposed Motion to Amend Scheduling Order, doc #[53], is **DENIED.**

Discussion regarding discovery.

**ORDERED:** Counsel are directed to formulate a strategy for completing discovery.  Counsel should meet with their colleagues and consider what discovery is necessary, what discovery is planned, who is going to be deposed, where are the deponents located.  Counsel for both sides shall then confer and set a firm schedule no later than **5:00 p.m. on Wednesday, JANUARY 19, 2011.**

**ORDERED**: A Telephonic Status Conference is set for **10:45 a.m. on Thursday, JANUARY 20, 2011** to discuss scheduling deadlines. *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

HEARING CONCLUDED.

**Court in recess**: **10:19 a.m.**
Total time in court:   00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.