IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-00882-CBS-MJW

CESAR ESCOBAR,
    Plaintiff,
v.

THE GALLEGOS CORPORATION,
    Defendant.

_____

ORDER
_____

This civil action comes before the court on Defendant's "Motion to Amend Answer" (filed January 20, 2011) (Doc. # 57).  On August 25, 2010, the above-captioned case was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 22).  Plaintiff does not oppose the relief requested in the Motion. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that Defendant's "Motion to Amend Answer" (filed January 20, 2011) (Doc. # 57) is GRANTED.  The tendered Amended Answer (Doc. # 57-1) is hereby accepted for filing.

DATED at Denver, Colorado, this 20th day of January, 2011.

                                                BY THE COURT:

                                                 s/Craig B. Shaffer
                                                United States Magistrate Judge