IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-00882-CBS-MJW

CESAR ESCOBAR,
    Plaintiff,
v.

THE GALLEGOS CORPORATION,
    Defendant.
_____

### ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

This civil action comes before the court on the parties' "Stipulation for Dismissal with Prejudice" (filed February 4, 2011) (doc. # 61). On August 25, 2010, this civil action was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 22). The court now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his, her, or its own attorney fees and costs.

DATED at Denver, Colorado, this 4th day of February, 2011.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge